46 A.3d 1282

IN THE MATTER OF ELAINE T. SAINT-CYR, AN ATTORNEY
AT LAW (ATTORNEY NO. 009061993).

July 19, 2012.

## ORDER

The Disciplinary Review Board o having filed with the Court its decision in DRB 11–462, DRB 12–047, and DRB 12–107 concluding on the records certified to the Board pursuant to *Rule* 1:20–4(f) (default by respondent), that **ELAINE T. SAINT-CYR,** formerly of **DENVILLE,** who was admitted to the bar of this State in 1993, and who has been temporarily suspended from practice since April 29, 2010, should be suspended from the practice of law for a period of two years for violating *RPC* 1.1(a) (gross neglect), *RPC* 1.3 (lack of diligence), *RPC* 1.4(b) (failure to communicate with the client), *RPC* 5.5(a) (practicing law while suspended), *RPC* 8.1(b) (failure to cooperate with disciplinary authorities), *RPC* 8.4(a) (violating the *RPC*s), and *RPC* 8.4(d) (conduct prejudicial to the administration of justice), and good cause appearing;

It is ORDERED that **ELAINE T. SAINT-CYR** is suspended from the practice of law for a period of two years and until the further Order of the Court, effective immediately; and it is further

ORDERED that **ELAINE T. SAINT-CYER** shall not be reinstated to the practice of law unless and until she satisfies the outstanding fee arbitration determination in District Docket No. X–2009–056F and pays the sanction of $500 to the Disciplinary Oversight Committee as Ordered on March 26, 2010; and it is further

ORDERED that the entire record of this matter be made a permanent part of respondent's file as an attorney at law of this State; and it is further

ORDERED that respondent continue to comply with *Rule* 1:20–20 dealing with suspended attorneys; and it is further

■■■■■■■■■■■■■

ORDERED that pursuant to *Rule* 1:20–20(c), respondent's failure to comply with the Affidavit of Compliance requirement of *Rule* 1:20–20(b)(15) may (1) preclude the Disciplinary Review Board from considering respondent's petition for reinstatement for a period of up to six months from the date respondent files proof of compliance; (2) be found to constitute a violation of *RPC* 8.1(b) and *RPC* 8.4(c); and (3) provide a basis for an action for contempt pursuant to *Rule* 1:10–2; and it is further

ORDERED that respondent reimburse the Disciplinary Oversight Committee for appropriate administrative costs and actual expenses incurred in the prosecution of this matter, as provided in *Rule* 1:20–17.